AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ERIN SWEENEY, individually and on behalf of all others similarly situated, | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 7:25-cv-09263 |
| POST CONSUMER BRANDS, LLC | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  POST CONSUMER BRANDS, LLC
20802 Kensington Blvd.
Lakeville, MN 55044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Frederick J. Klorczyk III
KamberLaw, LLC
305 Broadway, Suite 713
New York, NY 10007
fklorczyk@kamberlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 7, 2025

/S/  S.  James
*Signature of Clerk or Deputy Clerk*

