## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ERIN SWEENEY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>POST CONSUMER BRANDS, LLC,<br><br>      Defendant. | Civil Action No. 7:25-cv-09263-KMK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Erin Sweeney hereby dismisses her individual claims in this action against Defendant Post Consumer Brands, LLC ("Defendant") with prejudice and without prejudice as to the putative class.

Dated: May 12, 2026

KAMBERLAW, LLC

By:    /s/ *Frederick J. Klorczyk III*
       Frederick J. Klorczyk III

Frederick J. Klorczyk III
305 Broadway, Suite 713
New York, NY 10007
Tel: (646) 964-9604
Fax: (212) 202-6364
Email: fklorczyk@kamberlaw.com

*Attorneys for Plaintiff*